400 A.2d 625

Staffo, Appellant, v. Heintz.

Petition for Allowance of Appeal Denied April 18, 1979.

Argued December 6, 1978. William A. Spalding, for appellant; Eugene Edward J. Maier, for appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Order affirmed.

400 A.2d 626

Strauss v. Cahill and Ca-Lew Corporation, Appellants.

Argued December 5, 1978. Frederick S. Schofield, for appellants; Alan E. Boroff, for appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Order affirmed.